**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**Central New York Laborers' Health and Welfare, Pension, Annuity and Training Funds,** *by Janet M. Moro, as Fund Administrator*; **Construction and General Laborers' Local Union No. 633,** *by Gabriel Rosetti, as Business Manager,*

                        **Plaintiffs,**

      vs.

**Maxim Construction Service Corp.; Barbara Slate** *Individually and as an Officer of Maxim Construction Service Corp.;* **James Malvasi,** *Individually and as an Officer of Maxim Construction Service Corp.,*

                        **Defendants.**

5:08-CV-0551
(NAM/GHL)

_____

**APPEARANCES**

**Blitman & King LLP**
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Attorney for Plaintiffs

**OF COUNSEL:**

**Jennifer A. Clark, Esq.**

**Norman A. Mordue, Chief U.S. District Judge**

### ORDER

Having received notification from plaintiffs' counsel that an audit has been completed, and that "the Defendants properly remitted contributions through July 31, 2009 and that no additional monies are due to the Plaintiffs through that date", the Court hereby dismisses the second cause of action with prejudice and directs the Clerk of the Court to close this case and enter judgment accordingly.[1]

    IT IS SO ORDERED.

Date:  July 14, 2010
         Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

---

[1] Except for, as plaintiffs request, "judgment enforcement proceedings" pursuant to Fed. R. Civ. P. 69.